UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WILLIS, RUSSELL MCCRAY, ANTOINE MCNEAL, DARRYN MYERS, BRIAN WILLIS, CESAR SANDAN, and SHATRECE BUCHANAN, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 4:06-CV-758 CAS<br>)<br>) |
| GLOBAL POWER GLOBAL WEALTH ENTERPRISES, LLC, GLOBAL WEALTH INVESTMENTS, LLC, GLOBAL WEALTH INVESTMENTS GROUP, LLC, OPPORTUNITY LIVES, LLC, ANDRE E. MITCHELL, HENRY ALLEN, LILLIE MAE ALLEN, TONI MITCHELL, and MINNIE MITCHELL, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiffs' Second Motion for Default Judgment as to Defendants Opportunity Lives, LLC; Global Wealth Investment Group, LLC; Global Wealth Investments, LLC; Global Power Global Wealth Enterprises, LLC; and Andre E. Mitchell is **GRANTED**. [Doc. 77]

**IT IS FURTHER ORDERED** that default judgment is entered in favor of plaintiffs and against defendants Opportunity Lives, LLC; Global Wealth Investment Group, LLC; Global Wealth Investments, LLC; Global Power Global Wealth Enterprises, LLC; and Andre E. Mitchell, jointly and severally, in the amount of One Million, Six Hundred Seventy-One Thousand, Six Hundred Seventy-

Eight Dollars and Forty Cents ($1,671,678.40), together with post-judgment interest as allowed by law.

                                                     _____
                                                     **CHARLES A. SHAW**
                                                     **UNITED STATES DISTRICT JUDGE**

Dated this  3rd  day of March, 2008.